AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Michael Paulick

        Plaintiff (s),

v.

Marin Facilities Management Company, et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-00681

Notice is hereby given that, subject to approval by the court, __Marin Facilities ManagementCompany__ substitutes
(Party (s) Name)

__Alana Grice Conner__, State Bar No. __182676__ as counsel of record in
(Name of New Attorney)

place of __Jiyun Cameron Lee__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Fried & Williams LLP
    Address: 480 9th Street, Oakland CA 94607
    Telephone: (510) 625-0100    Facsimile (510) 550-3621
    E-Mail (Optional):

I consent to the above substitution.
Date: 7/21/2011
*[signature]*
(Signature of Party (s))

I consent to being substituted.
Date: 7/22/2011
*Jiyun C. Lee, Folger Levin LLP*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/22/2011
*[signature]*
(Signature of New Attorney)
Alana Grice Conner, Fried & Williams LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: August 23, 2011
*Elizabeth D. Laporte*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]