SIDNEY J. COHEN, ESQ., State Bar No.  39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA  94610
Telephone:  (510) 893-6682

Attorneys for Plaintiff
MICHAEL PAULICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PAULICK

     Plaintiff,

V.

MARIN FACILITIES
MANAGEMENT COMPANY,
a California Limited Partnership;
and DOES 1-25, Inclusive,

     Defendants.
_____/

CASE NO.  C 11-00681 EDL
Civil Rights


**STIPULATION AND ORDER
FOR DISMISSAL**

FRCP section 41

Stipulation And Order For Dismissal

1    Plaintiff Michael Paulick ("Plaintiff") and Defendant Marin Facilities

2 Management Company, a California Limited Partnership ("Defendant"), by and

3 through their attorneys of record, file this Stipulation of Dismissal pursuant to

4 Federal Rule of Civil Procedure section 41.

5    Plaintiff filed this lawsuit  on February 15, 2011.

6    Plaintiff  and Defendant  have entered into a "Mutual Release And

7 Settlement Agreement," which settles all aspects of the lawsuit against

8 Defendant. A copy of the "Mutual Release And Settlement Agreement"  is

9 incorporated by reference herein as if set forth in full. The "Mutual Release And

10 Settlement Agreement " states in part that "The court shall retain jurisdiction to

11 enforce the terms of  this Settlement Agreement, and this Settlement Agreement

12 shall be incorporated by reference in the Dismissal as if set forth in full."

13    Plaintiff  and Defendant stipulate to the court retaining jurisdiction to

14 enforce the "Mutual Release And Settlement Agreement."

15    Plaintiff  moves to dismiss with prejudice the lawsuit against Defendant.

16    Defendant, who has answered the complaint, agrees to the dismissal with

17 prejudice.

18    This case is not a class action, and no receiver has been appointed.

19    This Stipulation and Order may be signed in counterparts, and facsimile or

20 electronically transmitted  signatures shall be as valid and as binding as original

21 signatures.

22    Wherefore, Plaintiff  and Defendant, by and through their attorneys of

23 record, so stipulate.

24 Dated: 12/2/11                          SIDNEY J. COHEN
                                         PROFESSIONAL CORPORATION
25

26                                            /s/ Sidney J. Cohen
                                         By _____
27                                           Sidney J. Cohen
                                           Attorney for Plaintiff Michael Paulick
28

Stipulation And Order For Dismissal                    -1-

1        FRIED & WILLIAMS

2                    /s/ Alana Grice-Conner

3    _____By_____
                                    Alana Grice-Conner
4                                   Attorney for Defendant  Marin Facilities
     _____    Management Company, a California
5                                   Limited Partnership

6    PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

7         The lawsuit against Defendant is dismissed with prejudice. The Court shall

8    retain jurisdiction to enforce the parties' "Mutual Release And Settlement

9    Agreement."

10   Date:      December 6, 2011        _____

11                                       Elizabeth D. Laporte
                                         United States Magistrate Judge
12

13                                       IT IS SO ORDERED

14                                       Elizabeth D. Laporte

15                                       Judge Elizabeth D. Laporte

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation And Order For Dismissal                    -2-