SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
MICHAEL PAULICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>    Plaintiff,<br><br>V.<br><br>MARIN FACILITIES MANAGEMENT COMPANY, a California Limited Partnership; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C 11-00681 EDL<br>Civil Rights<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 |

Stipulation And Order For Dismissal

1 | Plaintiff Michael Paulick ("Plaintiff") and Defendant Marin Facilities
2 | Management Company, a California Limited Partnership ("Defendant"), by and
3 | through their attorneys of record, file this Stipulation of Dismissal pursuant to
4 | Federal Rule of Civil Procedure section 41.
5 | Plaintiff filed this lawsuit on February 15, 2011.
6 | Plaintiff and Defendant have entered into a "Mutual Release And
7 | Settlement Agreement," which settles all aspects of the lawsuit against
8 | Defendant. A copy of the "Mutual Release And Settlement Agreement" is
9 | incorporated by reference herein as if set forth in full. The "Mutual Release And
10 | Settlement Agreement " states in part that "The court shall retain jurisdiction to
11 | enforce the terms of this Settlement Agreement, and this Settlement Agreement
12 | shall be incorporated by reference in the Dismissal as if set forth in full."
13 | Plaintiff and Defendant stipulate to the court retaining jurisdiction to
14 | enforce the "Mutual Release And Settlement Agreement."
15 | Plaintiff moves to dismiss with prejudice the lawsuit against Defendant.
16 | Defendant, who has answered the complaint, agrees to the dismissal with
17 | prejudice.
18 | This case is not a class action, and no receiver has been appointed.
19 | This Stipulation and Order may be signed in counterparts, and facsimile or
20 | electronically transmitted signatures shall be as valid and as binding as original
21 | signatures.
22 | Wherefore, Plaintiff and Defendant, by and through their attorneys of
23 | record, so stipulate.

Dated: 12/2/11

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

By /s/ Sidney J. Cohen
_____
Sidney J. Cohen
Attorney for Plaintiff Michael Paulick

Stipulation And Order For Dismissal            -1-

1 | FRIED & WILLIAMS

2 | /s/ Alana Grice-Conner

3 | By_____

4 | Alana Grice-Conner
Attorney for Defendant Marin Facilities
Management Company, a California
5 | Limited Partnership

6 PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

7 The lawsuit against Defendant is dismissed with prejudice. The Court shall

8 retain jurisdiction to enforce the parties' "Mutual Release And Settlement

9 Agreement."

10 Date: December 6, 2011

11 Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*(seal: United States District Court, Northern District of California)*